**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Office of the Clerk**
**300 N. Hogan Street, Suite 9-150**
**Jacksonville, Florida  32202**

Sheryl Loesch
Clerk

Jim Leanhart
Jacksonville Division Manager
(904) 549-1900

June 4, 2013

**IN RE:  RETURN OF TRIAL EXHIBITS**

Dear Counsel:

  The docket sheet indicates that this case has been closed.  Our records indicate that exhibits in this case remain in the custody of the Clerk's Office.

  Pursuant to Local Rule 5.04, the exhibits in this case will be destroyed unless you make arrangements to pick them up from our office.  You will be allowed **15 days** from the date of this letter to make such arrangements.

  If you have any questions regarding this letter or if you desire to pick up the exhibits, please call **904-549-1900** to make appropriate arrangements.

            SHERYL L. LOESCH, CLERK